IN THE INTEREST OF: V.L., A MINOR.
PETITION OF N.H., BIOLOGICAL MOTHER.
IN THE INTEREST OF: K.H., A MINOR.
PETITION OF: N.H., MOTHER.
IN RE: RELINQUISHMENT OF: V.L., A MINOR.
PETITION OF: N.H., BIOLOGICAL MOTHER.
IN RE: RELINQUISHMENT OF K.H., A MINOR.
PETITION OF: N.H., BIOLOGICAL MOTHER.
Nos. 906 MAL 2009, 907 MAL 2009, 908 MAL 2009, 909 MAL 2009
Supreme Court of Pennsylvania, Middle District.
February 5, 2010.

ORDER
PER CURIAM.
AND NOW, this 5th day of February, 2010, the Petitions for Allowance of Appeal are DENIED.